# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | FILED UNDER SEAL |
| v. | ) | |
| | ) | Case No 4:19mj110 |
| OBINWANNE OKEKE | ) | |
| *Defendant* | ) | |

AUG 2 2019

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

In or about 2015 through in or about 2019, in the <u>Eastern District of Virginia and elsewhere</u>, the defendant violated:

| *Code Section(s)* | *Offense Description(s)* |
|---|---|
| 18 U.S.C. § 1030 | Conspiracy to Commit Computer Fraud |
| 18 U.S.C. § 1349 | Conspiracy to Commit Wire Fraud |

This criminal complaint is based on these facts: **Please see attached Affidavit.**

READ AND REVIEWED:

For Brian J. Samuels
Assistant United States Attorney

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Marshall D. Ward, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 2, 2019

_____
*Judge's signature*

The Hon. Lawrence R. Leonard, USMJ
*Printed name and title*

City and state: Norfolk, Virginia