# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>OBINWANNE OKEKE<br><br>*Defendant* | )<br>)  Case No. 4:19mj116<br>)<br>)<br>)<br>) |

**FILED AUG -7 2019 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* OBINWANNE OKEKE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1030 — Conspiracy to Commit Computer Fraud
18 U.S.C. § 1349 — Conspiracy to Commit Wire Fraud

Date: 08/02/2019

*Issuing officer's signature*

City and state: Norfolk, Virginia

The Hon. Lawrence R. Leonard, USMJ
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 8/2/2019, and the person was arrested on *(date)* 8/6/2019
at *(city and state)* Dulles, VA.

Date: 8/7/2019

*Arresting officer's signature*

Marshall Ward, SA, FBI
*Printed name and title*